UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIETTE APOLLO,<br><br>            Plaintiff,<br><br>     v.<br><br>CONCENTRA MANAGED CARE, INC., *et al.*,<br><br>            Defendants.<br>_____/ | No. C-04-1242 CW (EMC)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

You are hereby notified that a Further Settlement Conference, to be held telephonically, is scheduled for **November 7, 2005, at 3:00 p.m.** before Magistrate Judge Edward M. Chen.  The Court shall initiate the conference call.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated:  October 26, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge