```
 1  AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
    ALLEN MATKINS LECK GAMBLE & MALLORY LLP
 2  501 West Broadway, 15th Floor
    San Diego, California 92101-3541
 3  Phone:  (619) 233-1155
    Fax:  (619) 233-1158
 4
    MARY D. WALSH (BAR NO. 197039)
 5  ALLEN MATKINS LECK GAMBLE & MALLORY LLP
    Three Embarcadero Center, 12th Floor
 6  San Francisco, CA  94111-4074
    Phone:  (415) 837-1515
 7  Fax:  (415) 837-1516

 8  Attorneys for Defendants
    CONCENTRA INC., formerly known as
 9  CONCENTRA MANAGED CARE, INC., and
    CONCENTRA INTEGRATED SERVICES, INC.
10
                       UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12

13
14  JULIETTE APOLLO,                  Case No. C 04 01242 CW

15         Plaintiff,
                                      STIPULATION FOR DISMISSAL AND
16     v.                             ORDER THEREON

17  CONCENTRA MANAGED CARE, INC.,
    CONCENTRA INTEGRATED SERVICES,
18  INC., and DOES 1 TO 20,

19         Defendants.

20
21      IT IS HEREBY STIPULATED, pursuant to a confidential

22  settlement and mutual release agreement between Plaintiff

23  Juliette Apollo and Defendants Concentra, Inc., formerly known as

24  Concentra Managed Care, Inc. and Concentra Integrated Services,

25  Inc., that this Court enter a dismissal with prejudice of

26  Plaintiff's complaint in the above-referenced action, with each

27  party to bear their own attorney's fees and costs.

28  / / / / /
```

Allen Matkins Leck
Gamble & Mallory LLP
attorneys at law

622376.02/SD

Case No.  C 04 01242 CW
STIPULATION FOR DISMISSAL AND
ORDER THEREON

This stipulated dismissal does not constitute an admission of any fault, liability, or lack thereof by any party.

IT IS SO STIPULATED.

Dated: _____, 2005    By: _____
                                   JUAN M. SIMON
                                   Attorneys for Plaintiff
                                   JULIETTE APOLLO

Dated: _____, 2005    ALLEN MATKINS LECK GAMBLE &
                               MALLORY LIP

                               By: _____
                                   AMY WINTERSHEIMER FINDLEY
                                   Attorneys for Defendants
                                   CONCENTRA INC., formerly known
                                   as CONCENTRA MANAGED CARE,
                                   INC., and CONCENTRA INTEGRATED
                                   SERVICES, INC.

**ORDER**

IT IS SO ORDERED.

           12/1/05                          /s/ CLAUDIA WILKEN
Dated: _____    _____
                                   UNITED STATES DISTRICT JUDGE

Allen Matkins Leck
Gamble & Mallory LLP
*attorneys at law*

622376.02/SD

Case No.  C 04 01242 CW
STIPULATION FOR DISMISSAL AND
ORDER THEREON
-2-